AO 91 (Rev. 08/09) Criminal Complaint

FILED
VANESSA L ARMSTRONG
DEC 01 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

# UNITED STATES DISTRICT COURT

for the

Western District of Kentucky

United States of America
v.
Terrance DOBBINS

*Defendant(s)*

Case No. 3:16-MJ-630

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 29, 2016 in the county of Jefferson in the Western District of Kentucky, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21 U.S.C., Section 841(a)(1) | Knowingly and Intentionally Possessd with Intent to Distribute a Schedule II Controlled Substance, Heroin, Over 100 Grams |
| Title 21 U.S.C., Section 841(a)(1) | Knowingly and Intentionally Possessed with Intent to Distribute a Schedule II Controlled Sutance, Methamphetamine, Over 50 Grams |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

Rachel Abbott
*Complainant's signature*

Rachel Abbott, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/01/16

Dave Whalin
*Judge's signature*

City and state: Lousiville, Kentucky

Dave Whalin, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Rachel Abbott being duly sworn, depose and state that:

1. I am a Special Agent of the U.S. Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assigned to the Louisville Division. As such, I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510 (7); that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516 (1). I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF) since September of 2015. My duties as a Special Agent include the investigation of criminal violations of Federal Firearms and Narcotics laws. I have been involved in numerous investigations related to prohibited persons possessing firearms, persons trafficking firearms and persons distributing controlled substances. I have been involved in the execution of search warrants and arrests resulting from prohibited persons possessing firearms, persons trafficking firearms and the distribution of controlled substances and the concealing of drug related assets.

2. Prior to becoming an agent, I was a Trooper with the Indiana State Police for approximately 8 years. After 5 years with the Indiana State Police, I was promoted to Detective and worked general crimes investigations for approximately 3 years. I have a Bachelor of Science Degree, in Criminal Justice and a Minor in Sociology from Indiana University Southeast. In December 2015, I graduated from the Criminal Investigator Training Program administered by the Federal Law Enforcement Training Center, located in Glynco, Georgia. My training at the Federal Law Enforcement Training Center included instruction on federal laws, criminal investigations, and courtroom procedures. In April 2016, I graduated from the Special Agent Basic Training Program administered by ATF at the Federal Law Enforcement Training Center.

3. Beginning in July 2016, Affiant has been involved in a federal drug trafficking investigation of Terrence DOBBINS. On 07/13/2016, Special Agent (S/A) Matthew Johnson and I met with ATF Confidential Source (hereinafter "CS") who provided information regarding an individual who goes by "T" LNU (B/M,). According to CS, "T" is in possession of large amounts of methamphetamine which he was interested in selling. "T" is also known to move large amounts of heroin as well as methamphetamine.

Through investigative efforts, "T" was later identified as Terrance DOBBINS.

4. The CS is deemed to be a reliable source of information. The CS has assisted law enforcement with state and federal firearms and narcotics investigations. CS has made controlled purchases and provided information that has been corroborated by investigating agents and officers. CS has implicated Terrence DOBBINS as a large quantity methamphetamine and heroin trafficker who is operating out of the Louisville, Kentucky area.

5. Continued investigative efforts on Terrence DOBBINS found that DOBBINS was residing at 6416 Maravian Drive, Louisville, KY. A federal search warrant was obtained for the residence.

6. On November 29, 2016, at approximately 08:00 hours, members of the Bureau of Alcohol Tobacco and Firearms (ATF) along with members of the Louisville Metro Police Department (LMPD) 9th Mobile Division conducted pre-operation surveillance on 6416 Maravian Drive Louisville, KY in preparation of serving a federal search warrant at that residence.

7. At approximately 10:30 hours surveillance units observed Terrence DOBBINS exit from 6416 Maravian Drive and leave on foot traveling west on Maravian Drive. DOBBINS walked past Crocket Drive and continued walking on Maravian Drive towards Special Agent (SA) Goldstein's vehicle. SA Goldstein observed DOBBINS looking around and holding his pants near his crotch area. SA Goldstein detained Terrence DOBBINS and placed him in handcuffs and placed him in the front passenger seat of his vehicle. SA Abbott and SA Anastasio met with DOBBINS and spoke with him in SA Goldstein's vehicle. SA Abbott read Miranda Warnings to DOBBINS. DOBBINS informed SA's that he wanted to speak with his attorney.

8. Other surveillance units still in the area of 6416 Maravian Drive residence observed a blue Toyota Kentucky registration 909TXP circling and looking around. LMPD officer Chad Stewart conducted a traffic stop on the blue Toyota. The driver identified as Richard Williams using his Kentucky driver's license admitted that he was in the area looking for someone by the nickname of "T" and that "T" was going to sell him heroin. Williams did not know "T's" real name but Williams had the phone number of 502-500-8019 (a phone number known to be utilized by Terrence DOBBINS) for "T". Williams stated he knows "T" to drive a silver Mustang.

9. At approximately 1100 hours, ATF Special Agents executed the search warrant on 6416 Maravian Drive. Agents cleared the residence and located 3 people inside the residence. Temia Payne, Tashay Rowe (Temia's girlfriend) and James Dobbins. The occupants were detained while Special Agents searched the residence. Temia Payne was identified as Terrence DOBBINS' sister and resides in the upstairs bedroom down the hallway on the right, facing the street (identified as "bedroom 4" for the search warrant purposes). James Dobbins is Terrence DOBBINS' uncle and utilizes the upstairs bedroom immediately to the right at the top of the stairs, which faces the street (identified as "bedroom 2" for the search warrant purposes). Tashay advised she does not reside at the residence but stays in Temia's bedroom on occasion with Temia.

10. A search of Terrence DOBBINS' person was about to be conducted by LMPD K9 Officer Tony James using his K9 Diesel. As Officer Tony James and his K9 approached S/A Anastasio, who was with DOBBINS at the time, DOBBINS admitted that he had heroin in the zipper of his jeans. Officer James along with SA Anastasio and S/A Goldstein, observed a small plastic baggie of what appeared to be heroin packaged to sell located in the area of the zipper of DOBBINS' jeans. DOBBINS had two cell phones on his person, the phones were seized and placed in "Airplane Mode". DOBBINS was also in possession of $70 U.S. Currency.

11. After the residence was secured and deemed safe, LMPD K9 Officer Tony James ran his K9 Diesel inside the residence. K9 Diesel alerted on a dresser in back bedroom on the left side, at the end of the hallway, which is on the back side of the house. This bedroom was identified as "bedroom 3" for search warrant purposes. This room was identified as Terrence DOBBINS' bedroom. Inside the bottom dresser drawer Special Agent Abbott and LMPD Officer James located two black bags that contained baggies of crystal methamphetamine and heroin packaged separately. The approximately weight of the heroin seized was 609.4 grams. The approximate weight of the methamphetamine seized was 249 grams. Inside the top dresser of the nightstand was Terrence DOBBINS' Kentucky driver's license. Also located in the same bedroom was digital scales, a large undetermined amount of US currency located inside a coat pocket in the bedroom closet, and a second large undetermined amount of US currency located under the shoe boxes inside the closet. Inside the bedroom was miscellaneous documents and mail matter with Terrence DOBBINS' name.

12. SA Abbott spoke with Patricia Payne-Dobbins on the phone at phone number 502-345-7153. Patricia advised she resides at 6416 Maravian Drive with her husband, George Payne, her son, Terrence DOBBINS, her

daughter, Temia Payne, and James Dobbins. Patricia advised that Terrence DOBBINS has a bedroom at the residence and it is located upstairs down the hallway to the left. The bedroom Patricia Payne-DOBBINS identified as Terrance DOBBINS' bedroom was the bedroom where the methamphetamine, heroin, US Currency, and mail matter addressed to DOBBINS was located. Patricia advised that Terrence doesn't always stay at their house but is there the majority of the time.

13. Inside "bedroom 4", which was identified as Temia Payne's bedroom, was a baggie of suspected marijuana. Also inside the bedroom was a box of ammunition containing 9 .38 caliber rounds, 2 spent .38 shell casings, a black holster, and Tyrone DOBBINS' identification card.

14. All items collected were photographed and recorded. SA Abbott took the items into ATF custody. The methamphetamine and heroin seized from DOBBINS' bedroom was later transferred to the custody of DEA (Drug Enforcement Agency) SA Tim Fritz. SA Fritz conducted a field test of the narcotics and received positive results for heroin and methamphetamine.

15. After the search was conducted on the residence, Terrence DOBBINS was arrested by LMPD 9th Mobile Detective Chad Stewart and charged with Aggravated Trafficking in a Controlled Substance, 1st Degree, and Trafficking in a Controlled Substance, 1st Degree.

16. Additionally, based upon affiant's training and experience relative to drug trafficking investigations, the quantity and packaging of heroin and methamphetamine seized from DOBBINS' residence is larger than that which is associated with personal use. Rather, the quantity and packaging is indicative of narcotic distribution.

17. The affiant states that the evidence as outlined above establishes probable cause to believe that on or about November 29, 2016, in Jefferson County, Kentucky:

   a. Terrence DOBBINS knowingly and intentionally possessed with intent to distribute a Schedule II controlled substance, to wit: Heroin, over 100 grams, in violation of 21 U.S.C. § 841(a)(1);
   b. Terrence DOBBINS knowingly and intentionally possessed with intent to distribute a Schedule II controlled substance, to wit: Methamphetamine, over 50 grams, in violation of 21 U.S.C§ 841(a)(1);

Rachel Abbott
Special Agent – ATF

Sworn to before me and subscribed in my presence on this 01 day of December 2016.

Dave Whalin
United States Magistrate Judge