DEFENDANT: **Dobbins , Terrance**
CASE NUMBER: **3:16-CR-170-1-JHM**

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of 84 months as to each of Counts 1 and 2 in the Indictment, which shall be served concurrently, for a total term of 84 months imprisonment.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ **The defendant is remanded to the custody of the United States Marshal.**

☐ The defendant shall surrender to the United States Marshal for this district:

- ☐ at A.M. / P.M. on
- ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

- ☐ Before 2:00 p.m. on
- ☐ as notified by the United States Marshal.
- ☐ as notified by the Probation or Pretrial Services Office.
- ☐ The defendant shall continue under the terms and conditions of his/her present bond pending surrender to the institution.

FILED JS
U.S. DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
18 MAR -5 AM 11:05

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on 2-9-2018 To FCI Man

at ________________, with a certified copy of this judgment.

J.A. Barnhart
~~UNITED STATES MARSHAL~~ warden

By [signature]
~~Deputy U.S. Marshal~~ CSO